**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JEFF A. FINLEY,

    Plaintiff,

v.                                            Case No. 8:06-cv-1533-T-30TBM

SUMMERVILLE SENIOR LIVING,
INC., and SUMMERVILLE AT
CARROLLWOOD, LLC,

    Defendants.
_____/

**O R D E R**

THIS MATTER is before the court on **Defendants' Motion to Compel Answers to Interrogatories and Production of Documents** (Doc. 16). By their motion, Defendants seek an Order compelling Plaintiff to respond to their First Set of Interrogatories and First Requests for Production of Documents, which were served on Plaintiff on November 27, 2006.[1] Defendants assert that Plaintiff has not responded to these discovery requests despite assurances from counsel to the contrary. Defendants also seek the fees and costs incurred in bringing the instant motion. In response, Plaintiff's counsel requests that the court hold Defendants' motion in abeyance pending his withdrawal from the case. According to counsel, Plaintiff has refused to aid counsel in the prosecution of this matter, and counsel provided notice of his intent to withdraw on February 8, 2007.[2] (Doc. 17).

---

[1] Fact discovery closes on April 27, 2007. (Doc. 8).

[2] The court held this matter in abeyance pending the expiration of the ten-day notice required under Local Rule 2.03(b). A motion to withdraw has not been filed as of the date of this Order.

Upon consideration, **Defendants' Motion to Compel Answers to Interrogatories and Production of Documents** (Doc. 16) is **GRANTED** to the extent that Plaintiff shall, within twenty (20) days from the date of this Order, provide full and complete responses to Defendants' First Set of Interrogatories and provide Defendants with copies of all documents responsive to Defendants' First Requests for Production of Documents or make such available for copying and inspection at a time mutually agreeable to both parties within that same time frame.  Defendants' request for fees and costs is **DENIED without prejudice** should Plaintiff fail to timely comply with this Order.

**Done and Ordered** in Tampa, Florida, this 22nd day of February 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record