**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JEFF A. FINLEY,**

    **Plaintiff,**

**v.**                                                                          Case No.  8:06-cv-1533-T-30TBM

**SUMMERVILLE SENIOR LIVING,**
**INC., et al.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Defendants' Motion for Entry of Order of Dismissal (Dkt. #25).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion for Entry of Order of Dismissal (Dkt. #25) is GRANTED.

2. This cause is dismissed without prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 23, 2007.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1533.dismissal 25.wpd